MUN and referred to the Court, denied.   Certiorari denied.

No. 92–7201.   IN RE VEREEN, 507 U. S. 983;

No. 92–7714.   TOMS *v.* OHIO UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, 507 U. S. 1037;

No. 92–7783.   WHITE *v.* BATH, 507 U. S. 1039;

No. 92–7829.   ARNETTE *v.* MADISON CABLEVISION, INC., ET AL., 507 U. S. 1040; and

No. 92–8078.   MAYHEW *v.* OFFICE OF PERSONNEL MANAGEMENT, 507 U. S. 1057.   Petitions for rehearing denied.